UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO. CR416-060 |
| | ) |
| v. | ) |
| | ) |
| JONATHAN JACKSON | ) |

## ORDER

The Government having moved the Court for leave to dismiss the Indictment pursuant to Rule 48(a), Fed. R. Crim. P., it is hereby

CONSIDERED, ADJUDGED, and DECREED that said motion is GRANTED, and the Indictment is hereby DISMISSED.

SO ORDERED, this 5th day of April, 2017.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA